# EXHIBIT B

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | |
|---|---|
| ALYSSA PORTNOY and DARLENE PORTNOY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. and WILLIAMSBURG OF CINCINNATI,<br><br>Defendants. | Case No. A 1705830 |

# NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant National Credit Systems, Inc. ("NCS") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the Southern District of Ohio (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the Court of Common Pleas in Hamilton County, Ohio are hereby stayed unless or until this action is remanded.

Respectfully submitted,

/s/ Steven Sorg
**BROCK & SCOTT, PLLC**
6725 Miami Avenue, Suite 100
Cincinnati, OH 45243
(336) 354-1200
Steven.Sorg@brockandscott.com

Date: December 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2017, a copy of the foregoing Notice of Removal was served upon the following via Hamilton County Electronic Filing System:

Court of Common Pleas, Hamilton County Ohio
Civil Clerk
Aftab Pureval
1000 Main Street, Room 315
Cincinnati, OH 45202

Michael D. Portnoy
1070 Commerce Dr., Ste. 205
Perrysburg, OH 43551
*Attorney for Plaintiffs*

David D. Donnett
1212 Sycamore Street, Ste. 31-33
Cincinnati, OH 45202
*Attorney for Williamsburg of Cincinnati*

>*/s/ Steven Sorg*
>Steven Sorg
>**BROCK & SCOTT, PLLC**