**EXHIBIT C**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ALYSSA PORTNOY and DARLENE PORTNOY,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. and WILLIAMSBURG OF CINCINNATI,<br><br>    Defendants. | Case No.: |

## CONSENT TO REMOVAL

The undersigned consents to removal of this action to the United States District Court Southern District of Ohio. The undersigned is counsel for Defendant Williamsburg of Cincinnati on whose behalf they consent, and is authorized to consent to such removal.

                                          Respectfully submitted,

                                          /s/ David D. Donnett
                                          David D. Donnett
                                          1212 Sycamore Street, Suites 31-33
                                          Cincinnati, OH 45202
                                          Tel: (513) 421-4000
                                          Fax: (513) 421-1119
Dated: December 13, 2017             donnettlaw@gmail.com