
PLAINTIFF'S EXHIBIT 2

# Resident's Notice of Intent to Move Out
*To be delivered to owner's representative*

NATIONAL APARTMENT ASSOCIATION

DWELLING UNIT DESCRIPTION. Unit No **9807**, **9807 Constitution Dr** (street address) in **Cincinnati** (city), Ohio, **45215** (zip code).

LEASE CONTRACT DESCRIPTION. Lease Contract date **July 27, 2017** Owner's name **RRE Williamsburg, LLC**
Residents (list all residents): **Alyssa Portnoy, Darlene Portnoy**

Date you will move out and surrender premises: **8/19/17**

1. **CHANGES IN MOVE-OUT DATE.** Under the Lease Contract, you must obtain our prior written approval to change or retract the move-out date. You may not hold over beyond the above move-out date. If the dwelling is relet to others after we receive this notice, you won't be granted any extensions. We and any new residents may rely on this move-out notice for all purposes.

2. **DATE OF SURRENDER.** Under the Lease Contract, you *surrender* the dwelling unit for all purposes (including security deposit refund, cleaning, and all repairs) when you do any of the following:
   - turn in all keys/access devices where you pay the rent;
   - the move-out date has passed and no one is living in the dwelling;
   - abandon the dwelling (as defined in the Lease Contract)

   All residents and occupants lose their right of possession on the move-out date. Any resident who wishes to remain lawfully in the dwelling unit must sign a new Lease Contract.

3. **EARLY MOVE-OUT AND OTHER LEASE CONTRACT VIOLATIONS.** Under the Lease Contract, our representative's receipt of this notice does not constitute approval of an early move-out and does not constitute a release of any resident's liability for money due under the Lease Contract. We reserve all contractual and statutory remedies for unauthorized early move-out, including late payment charges, returned-check charges, damages, attorney's fees, and liability for increased holdover rents and Lease Contract extensions.

4. **HOLDOVER.** If you stay beyond the move-out date, you will be subject to increased rent for the holdover period and liable for all damages as outlined in the Lease Contract.

5. **CLEANING.** Under the Lease Contract, you must leave the dwelling unit in a clean condition. Please follow any written move-out cleaning instructions that we've furnished.

6. **FORWARDING ADDRESSES.** Please circle the forwarding address below where we should mail the security deposit refund and/or accounting. If no address is circled, it will be mailed to the first address listed.

7. **RETAINING RECEIPT.** After our representative signs and acknowledges receiving this notice, you should keep the bottom portion of this notice as verification that you gave written move-out notice.

8. **PROPER NOTICE.** When you use this form, notice from one resident is notice from all, except when a co-resident (other than the terminating resident's spouse or dependent) terminates because of the Servicemembers Civil Relief Act (SCRA). Your advance notice must be at least the number of days notice required in the Lease Contract, even if your contract has become a month-to-month lease.

9. **MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification or disapproval before final refunding or accounting.

10. **REASONS FOR MOVING.** *(Optional)* **Attending NKU**

Your Signature or Signatures
*Alyssa Portnoy*

Your Forwarding Address
*(You must provide this information.)*
**1050 Greenup St. Apt. #2**
**Covington, KY**
**41011**

You may be contacted now at:
Home phone: **(419) 386-6671**
Work phone: ( )
Date when you delivered this notice: _____

FOR OFFICE USE ONLY:
Owner's representative who received notice: *Chanel Brown*
Date notice was received: **7/27/17**
Move-out date was ☑ approved or ☐ disapproved

*Tear Here*

## Owner's Acknowledgment of Receiving Move-Out Notice
*(To be copied, returned to and kept by residents)*

We acknowledge receiving your notice of intent to move out of Apt. No **9807** in **RRE Williamsburg, LLC** (name of apartment community), or street address (if house, duplex, etc.)

Date of intended move-out _____ If move-out is approved, prorated rent (if any) through move-out date: $ _____

If your move-out notice does not comply with the Lease Contract and we haven't given you a written release of your obligations under the Lease Contract, your right of occupancy will end on the move-out date and you will continue to be liable for all sums due until the Lease Contract or renewal period expires as defined by the Lease Contract.



# Williamsburg
## of Cincinnati
### APARTMENTS & TOWNHOMES



resource residential

August 24, 2017

Alyssa and Darlene Portnoy
1050 Greenup St Apt 203
Covington, KY 41011

Dear Alyssa and Darlene:

Please let this serve as notice regarding a balance you owe to Williamsburg of Cincinnati.

After completing a move-out inspection of your apartment, assessing any deposits, and recognizing your final payment, your balance total is $937.52. A copy of your Final Account Statement, itemizing our inspection, is attached.

We're able to hold your account, at Williamsburg of Cincinnati, for 30 days from the date of this letter before transferring your account to a collection agency.

Please make check, or money order payments to:

<u>Williamsburg of Cincinnati</u>

200 W. Galbraith Rd, Cincinnati, OH 45215

We appreciate your timely response to this letter.



PLAINTIFF'S EXHIBIT 3

Brittany Carpenter
Assistant Community Manager
Williamsburg of Cincinnati

## Move Out Statement

Date 8/24/2017

| | | | |
|---|---|---|---|
| Code | t0132089 | Property | 3090 |
| Name | Alyssa Portnoy | Unit | 9807 |
| Address | 1050 Greenup Street Apt 203 | Status | Past |
| | | Rent | 615.00 |
| City | Covington, ky 41011 | | |
| Telephone | (O)-()- (H)-()- | | |

| | | | |
|---|---|---|---|
| Lease From | 08/20/2016 |
| Lease To | 08/19/2017 |
| Move In | 08/20/2016 |
| Move Out | 08/19/2017 |
| Notice | 07/27/2017 |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 08/01/2017 | | | 0.00 | |
| 08/01/2017 | Trash - 06/01/17-06/30/17 | 5.00 | | 5.00 | 4685068 |
| 08/01/2017 | Service fee - 06/01/17-06/30/17 | 4.55 | | 9.55 | 4685069 |
| 08/01/2017 | Water/Sewer - 06/01/17-06/30/17 | 29.92 | | 39.47 | 4685070 |
| 08/01/2017 | Rent - Residential (08/2017) 19 days | 376.94 | | 416.41 | 4707279 |
| 08/04/2017 | chk# :ACH-301297 Pre-Authorized Payment | | 416.41 | 0.00 | 2347426 |
| 08/19/2017 | :Security Deposit Paid In credit | (200.00) | | (200.00) | 4748133 |
| 08/19/2017 | Insufficient Notice ( 37 days of 60 day notice left. Charge remaining days at a MTM rate of $898.00) | 1,071.81 | | 871.81 | 4748134 |
| 08/21/2017 | Final Moveout fee | 1.95 | | 873.76 | 4746020 |
| 08/21/2017 | Trash (Income) - 07/01/17-07/31/17 | 5.00 | | 878.76 | 4746021 |
| 08/21/2017 | Utility (Income) - 07/01/17-07/31/17 | 4.55 | | 883.31 | 4746022 |
| 08/21/2017 | Water (Income) - 07/01/17-07/31/17 | 28.89 | | 912.20 | 4746023 |
| 08/21/2017 | Final Trash (Income) - 08/01/2017-08/19/2017 | 3.06 | | 915.26 | 4746024 |
| 08/21/2017 | Final Utility (Income) - 08/01/2017-08/19/2017 | 4.55 | | 919.81 | 4746025 |
| 08/21/2017 | Final Water (Income) - 08/01/2017-08/19/2017 | 17.71 | | 937.52 | 4746026 |

# Michael D. Portnoy
## Attorney at Law

810 West South Boundary Rd.
Perrysburg, Ohio 43551
PH: 419-874-2775   FX: 419-874-2777

August 28, 2017

FAX: (513) 948-0761

Manager of Williamsburg of Cincinnati
200 West Galbreath Rd.
Cincinnati, Ohio  45215

RE: **Apartment charges for Alyssa Portnoy**

To whom it may concern

    I represent Alyssa Portnoy regarding a bill concerning the move out notice on page five (5), paragraph thirty-seven (37) of Ms. Portnoy's lease agreement with the Williamsburg Apartments.

    Neither Paragraph thirty-seven (37) nor paragraph three (3) of the lease agreement states Williamsburg Apartments may charge a fee regarding the notice requirement Therefore, you have no legal right to attempt to collect any claimed fees.

    If you or any collection agency attempt to collect on this supposed debt, a class action counterclaim will be filed against you alleging among other claims, violations of the Fair Debt Collection Practices Act, the Ohio Consumer Sales Practices Act, state and federal civil RICO claims and breach of contract.

    I trust this matter will now be concluded.

                                          Sincerely,
                                          s/ Michael D. Portnoy
                                          Attorney for Alyssa Portnoy

Cc: Darlene Portnoy
     Alyssa Portnoy



PLAINTIFF'S EXHIBIT 4

3678347

AFTAB PUREVAL
1000 MAIN ST
CINCINNATI O
COMMON PLE
A 1705830 D 1

7194 5168 6310 0842 0351



CERTIFIED MAIL

Cincinnati, Ohio #2 PB&DC 452 ZIP
MON 13 NOV 2017 PM

11/13/2017 SUMMONS & COMPLAINT
NATIONAL CREDIT SYSTEMS INC
3750 NATURALLY FRESH BLVD
ATLANTA GA 30349

1/1