UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALYSSA PORTNOY, et al.,

    Plaintiff,

Case No. 1:17cv834

        v.

Judge Michael R. Barrett

NATIONAL CREDIT
SYSTEMS, INC., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ] **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Defendant Donnett's Motion for Summary Judgment (Doc. 43) is **GRANTED**.

2. Defendant Williamsburg's Motion for Summary Judgment on Plaintiffs' Complaint and its Counterclaim (Docs. 42) are **GRANTED**, **judgment is entered in Williamsburg's favor on its Counterclaim (Doc. 9),** and Williamsburg is entitled to $937.52 plus 18% annum interest accruing from August 20, 2017 from Plaintiffs.

3. Defendant NCS's Motion for Summary Judgment (Doc. 45) is **GRANTED in part**; no fees or costs are awarded.

Date: February 7, 2020

                                          Richard W. Nagel, Clerk
                                          Clerk

                             By:    *S/Barbara A. Crum*
                                          Deputy Clerk