UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALYSSA PORTNOY, et al., | : |
| Plaintiffs, | : Case No. 1:17-cv-834 |
| vs. | : Judge Michael R. Barrett |
| NATIONAL CREDIT SYSTEMS, INC., et al., | : |
| Defendants. | : |

## ORDER

The U.S. Court of Appeals for the Sixth Circuit ("Sixth Circuit") affirmed in part, reversed in part, and remanded this Court's February 7, 2020 Order in this matter. *Portnoy v. Nat'l Credit Sys., Inc.*, No. 20-3271, 2020 WL 6867189, at *1 (6th Cir. Nov. 23, 2020). This Court held a conference with the parties shortly after mandate issued in the Sixth Circuit.

Consistent with the Sixth Circuit's instructions and this Court's discussion with the parties during the most recent conference, it is hereby ORDERED that:

1. With respect to the contractual dispute between Plaintiffs Alyssa Portnoy and Darlene Portnoy ("Plaintiffs") and Defendant Williamsburg of Cincinnati ("Williamsburg"), judgment is entered in favor of Williamsburg, and Williamsburg is entitled to $763.71, plus 18% annum interest accruing from September 19, 2017, from Plaintiffs. *See id.* at *4, *7.

2. With respect to Plaintiffs' remaining claim, the Fair Debt Collection Practices Act claim against Defendant National Credit Systems, Inc. ("NCS"), the

    Court permits Plaintiffs to begin discovery relevant to the appropriateness of the proposed class and file a motion for class certification.

3. The deadlines for disclosure of expert witnesses and submission of expert reports related to class certification are:[1]

   a. Plaintiffs' disclosure and report of experts: February 26, 2021

   b. Defendant NCS's disclosure and report of experts: March 15, 2021

4. Plaintiffs' Class Certification Motion is due:[2] May 28, 2021.

5. Plaintiffs' Motion for a Hearing (Doc. 68) is DENIED as moot.

**IT IS SO ORDERED.**

                                                _/s Michael R. Barrett_____
                                                Michael R. Barrett, Judge
                                                United States District Court

---

[1] Disclosure of experts, expert reports, and non-expert witnesses are not required to be filed with the Court.

[2] Any hearings will be determined by the Court as necessary. Additionally, counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. 7.2(a)(3). The Court will not read beyond 20 pages unless leave has been previously sought and granted.