**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTICT OF OHIO**

| | |
|---|---|
| Alyssa Portnoy, et al. | Case No. 1:17-CV-00834-MRB |
| | JUDGE MICHAEL R. BARRETT |
| PLAINTIFFS, | |
| | **STATEMENT IN SUPPORT OF MOTION WITH SUPPORTING MEMORANDUM TO COMPEL** |
| Vs. | |
| National Credit Systems, Inc. et al | Michael D. Portnoy (0040213) |
| DEFENDANTS | 7024 Cloister Rd. |
| | Toledo, Ohio 43617 |
| | PH: (419) 874-2775 |
| | FX: (419) 874-2777 |
| | e-mail:hawkport@aol.com |
| | Attorney for Plaintiffs |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Federal Civil Rule 26, Attorney Portnoy hereby provides the Court with a statement that prior to filing Plaintiffs' motion with supporting memorandum to compel, he made reasonable efforts with NCS' attorneys to resolve the disputes concerning NCS providing complete answers to Plaintiffs' first set of written discovery requests to NCS. Opposing counsel and the undersigned were unable to resolve the discovery disputes.

Respectfully submitted,
s/ Michael D. Portnoy
Attorney for Plaintiffs