UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| ALYSSA PORTNOY & DARLENE PORTNOY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00834-MRB<br>Hon. Judge Michael R. Barrett |

### NATIONAL CREDIT SYSTEMS, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS TO PRODUCE

Pursuant to the Federal Rules of Civil Procedure, National Credit Systems, Inc., (hereinafter, the "Defendant"), hereby submits its responses to the Requests to Produce ("Requests"), propounded by ALYSSA PORTNOY & DARLENE PORTNOY (hereinafter, the "Plaintiffs").

### GENERAL OBJECTIONS

1. Defendant generally objects to all of Plaintiffs' Requests to the extent that the Requests call for documents or documents protected by the attorney-client privilege, the attorney work product doctrine, and/or any other applicable privilege or protection. To the extent that a Request calls for privileged and /or protected documents or documents, Defendant objects and will not produce such documents or documents but will produce a privilege log.

2. To the extent that Defendant, pursuant to any Request propounded by Plaintiffs, produces a document which any party may later claim is privileged or which any party characterizes as privileged, it is understood that such production does not constitute a waiver of the applicable privilege or protection.

1