# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ALYSSA PORTNOY, et al., | Case No. 1:17 CV 00834 |
| Individually and as class action representative on behalf of all other Plaintiffs similarly situated, | JUDGE BARRETT |
| Vs. | **PLAINTIFFS' MOTION WITH SUPPORTING MEMORANDUM FOR AN ORDER PROHIBITING NATIONAL CREDIT SYSTEMS, INC. FROM TRANSFERRING ASSETS** |
| NATIONAL CREDIT SYSTEMS, INC., | |
| Defendant. | Michael D. Portnoy (0040213)<br>7024 Cloister Rd.<br>Toledo, Ohio  43617<br>PH: (419) 874-2775<br>FX: (419) 874-2777<br>Attorney for Plaintiffs<br>www.hawkport@aol.com |

**********************************************************************************************

Plaintiffs, through counsel, hereby move this Court for an Order prohibiting National Credit Systems, Inc. (NCS) from transferring any of its business assets, including money, from its possession during the pendency of the lawsuit. A supporting memorandum is attached hereto.

> Respectfully submitted,
>
> s/ Michael D. Portnoy
> Attorney for Plaintiffs

**MEMORANDUM IN SUPPORT**

NCS, through its representative, Ron Sapp, provided a sworn statement that NCS has no insurance coverage for any judgments that may be obtained against it from this lawsuit.

As a result, Plaintiffs, through counsel, respectfully move this Court for an Order prohibiting NCS from transferring any and all of its business assets, including yet not limited to cash, office equipment, business contracts, etc. during the pendency of this lawsuit.

Because NCS is facing a class action lawsuit, there is a genuine concern that NCS will transfer its business assets to another entity to avoid having its business assets seized to pay a potential judgment.

Ohio Revised Code Section 1336 et al. prohibits a Debtor from transferring its assets to avoid attachment from a creditor. NCS is not beyond any such behavior. As a result, Plaintiffs' request for an Order prohibiting NCS from transferring any and all of its business assets from its possession during the pendency of this lawsuit is well taken and should be granted.

> Respectfully submitted,
> s/ Michael D. Portnoy
> Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

A copy of this pleading was served by e-mail to all counsel of record.

> s/ Michael D. Portnoy