# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# CINCINNATI

| | |
|---|---|
| ALYSSA PORTNOY, et al., | ) Case No. 1:17-CV-00834-MRB |
| Plaintiffs, | ) JUDGE MICHAEL R. BARRETT |
| v. | ) |
| NATIONAL CREDIT SYSTEMS, INC., | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO PROHIBIT NATIONAL CREDIT SYSTEMS, INC. FROM TRANSFERRING ASSETS [DOC. 89]

NOW COMES Defendant NATIONAL CREDIT SYSTEMS, INC., by counsel, and requests a one-day extension of time (through April 23, 2021) within which to file a response in opposition to Plaintiff's "Motion for Order" [Doc. 89]. This extension is needed due to the press of other business. The undersigned contacted Plaintiffs' counsel who refused to consent to this one-day extension. Defendant's proposed response is attached hereto.

Respectfully submitted,

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway
First Floor
Beavercreek, Ohio 45431
Tel. 937.839.2881
Fax 800.839.5843
bgentry@boydgentrylaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, a true and correct copy of the above and foregoing document was sent by Electronic service by the Court's CM/ECF system to all attorneys of record.

/s/Boyd Gentry
Boyd Gentry (0071057)