# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| Alyssa Portnoy and Darlene Portnoy, | : | Case No: 1:17-cv-834 |
| Plaintiffs, | : : | Judge Michael R. Barrett |
| v. | : : | |
| National Credit Systems, Inc. et al., | : : | Defendant's Notice of Non-Response to Plaintiffs' Motion for Class Certification |
| Defendants. | : | (ECF 127) |

NOW COMES Defendant National Credit Systems, Inc. ("NCS"), and gives notice that, based upon the Court's statements during the October 12, 2021, telephone status conference (i.e., that Plaintiffs' Motion for Class Certification, ECF Doc. 127, is insufficient and will not be treated as a motion to certify under Fed. R. Civ. P. 23), NCS will not respond substantively to ECF Doc. 127.  Plaintiffs' filing at ECF Doc. 127 is not a proper motion under Fed. R. Civ. P. 23, and NCS reserves all defenses and arguments related to class certification.  Further, NCS maintains that Plaintiffs lack standing to file a motion to certify a class or represent a class under Fed. R. Civ. P. 23 as demonstrated in NCS's Motion to Dismiss.  ECF Doc. 120

Respectfully Submitted,

/s/Katrina M. DeMarte
Katrina M. DeMarte (MI Bar No. P81476; CO Bar No. 43135)
DEMARTE LAW, PLLC
39555 Orchard Hill Place; PMB 6338
Novi, MI 48375
Tel. 313-509-7047
katrina@demartelaw.com
Counsel for Defendant

/s/Boyd W. Gentry

        Boyd W. Gentry (0071057)
        Law Office of Boyd W. Gentry, LLC
        4031 Colonel Glenn Highway
        First Floor
        Beavercreek, Ohio 45431
        Tel. 937.839.2881
        Fax 800.839.5843
        bgentry@boydgentrylaw.com
        Counsel for Defendant

        /s/Leslie C. Bender
        Leslie C Bender (003227)
        Clark Hill PLC
        1001 Pennsylvania Avenue, NW
        Suite 1300 South
        Washington, DC  20004
        LBender@ClarkHill.com
        Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I certify that I electronically served a copy of the foregoing via the Clerk of Court's CM/ECF system on October 22, 2021, which will provide notice to all counsel of record.

        /s/Boyd W. Gentry
        Boyd W. Gentry (0071057)