**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Alyssa Portnoy, et al.,

    Plaintiffs,

        v.                              Case No.   1:17cv834

National Credit Systems, Inc., et al.,          Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X ]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court concludes NCS's Motion to Dismiss is GRANTED, and Plaintiffs' FDCPA claim against NCS is DISMISSED, without prejudice, for lack of jurisdiction. Plaintiffs' Motion for Sanctions and Class Action Certification, Plaintiffs' Motions for a Pretrial Conference, NCS's Motion for an Order to Show Cause, and NCS's Motion to Stay Discovery, each related to Plaintiffs' FDCPA claim against NCS, are each DENIED as moot. Plaintiffs' Motion to Depose is DENIED. Attorney DeMarte and Attorney Gentry are to forthwith FILE A WRITTEN NOTICE, on their client's, Williamsburg's, behalf, on this matter's docket, as described above

Date: December 16, 2021                      Richard W. Nagel, Clerk
                                                        Clerk

                                      By:        *S/Krista Zeller*
                                                Deputy Clerk